FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

SEP 2 8 2021

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CRIMINAL NO. 21 CR 1425 MV |
| vs. | ) 18 U.S.C. §§ 922(g)(1) and 924: Felon in Possession of a Firearm and Ammunition. |
| **JAMES RAMIREZ**, | ) |
| Defendant. | ) |

## INDICTMENT

The Grand Jury charges:

On or about August 19, 2021, in Bernalillo County, in the District of New Mexico, the defendant, **JAMES RAMIREZ**, knowing that he had been convicted of at least one crime punishable by imprisonment for a term exceeding one year, specifically:

(1) burglary, and

(2) attempted grand theft,

knowingly possessed a firearm, a Glock 17 9mm semi-automatic pistol, bearing serial number KVK121, and ammunition in and affecting commerce.

In violation of 18 U.S.C. §§ 922(g)(1) and 924.

## FORFEITURE ALLEGATION

Upon conviction of any offense in violation of 18 U.S.C. § 922(g), the defendant, **JAMES RAMIREZ**, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in the commission of the offense(s), including, but not limited to:

a. a Glock 17 9mm semi-automatic pistol, bearing serial number KVK121,

    b.  6 firearm magazines, and

    c.  approximately 53 rounds of 9mm caliber ammunition.

A TRUE BILL:

/S/

FOREPERSON OF THE GRAND JURY

Assistant United States Attorney

9/27/2021 1:51 PM