FILED
United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

United States of America

v.

James Ramirez
*Defendant*

Case No. 21CR1425 MV

## WAIVER OF PERSONAL PRESENCE AT HEARING

I, __James Ramirez__, Defendant, understand that I am scheduled for an __Arraignment__ hearing on __10/5/2021__.
*nature of hearing*          *date*

I understand that I may appear by video for this proceeding. I hereby ask to be permitted to appear for the hearing by video, and waive my right to be personally present for this hearing.

Date: 10/5/21

*Defendant's signature*

*Signature of defendant's attorney*

Hans P. Erickson
*Printed name of defendant's attorney*

hans_erickson@fd.org
*Defendant's attorney's e-mail address*